## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CARL JACKSON, ET AL

v.                                    NO. 4:08CV02271 SWW

RANDY JOHNSON, ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 14th day of April 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE